MARKEL, Appellant, v. GUMMER, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by Edward Markel against Robert Gummer. PER CURIAM. Judgment and order of County Court affirmed, with costs. Held, that section 3063 of the Code of Civil Procedure, as amended by chapter 553 of the Laws of 1900, so far as it provides for the granting of a new trial, is only applicable where the judgment appealed from is contrary to or against the weight of evidence.

MARKO, Respondent, v. HOLZSCHLAG, Appellant. (Supreme Court, Appellate Division, Second Department. June 12, 1903.) Action by Johanna Marko, as administratrix, etc., against Samuel Holzschlag. No opinion. Judgment of the Municipal Court affirmed, with costs.

MARTIN v. CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Frank J. Martin against the city of New York. No opinion. Motion granted.

In re MAYOR, etc., OF CITY OF SCHENECTADY. (Supreme Court, Appellate Division, Third Department. May 23, 1903.) In the matter of the petition of the mayor and common council of the city of Schenectady, under section 62 of the railroad law (Heydecker's Gen. Laws, p. 3291) and chapter 376, p. 968, Laws 1902, as to changing certain grade crossings of the New York Central & Hudson River Railroad and the railroad operated by the Delaware & Hudson Company in that city from grade to undercrossings. No opinion. Motion denied as to the General Electric Company and the American Locomotive Company. Motion as to the other parties granted, with $10 costs to the Schenectady Railway Company, unless the appellant serves notice of appeal upon such company within 10 days after service of notice of entry of this order, leave to do which is hereby granted, and also pays $10 costs to such company, in which event said motion denied, without costs.

MESNIER, Respondent, v. DENIKE, Appellant. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Emil Mesnier against Abraham Denike. No opinion. Motion denied.

MILLER v. HERBST (two cases). (Supreme Court, Appellate Division, First Department. May 15, 1903.) Actions by Sol I. Miller against Robert Herbst. No opinion. Motions denied.

MILLER, Respondent, v. MALANORA et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 5, 1903.) Action by Samuel Miller against Peter Malanora and others. No opinion. Judgment of the Municipal Court affirmed by default, with costs.

MOMSEN, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. June 5, 1903.) Action by Rudolph Momsen against the city of New York. A. S. Gilbert, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs.

MONK et al. v. REILLY. (Supreme Court, Appellate Division, First Department. May 8, 1903.) Action by George Monk and another against John J. Reilly. No opinion. Motion granted, with $10 costs.

MORMAN, Appellant, v. WARREN, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by James B. Morman against Arthur Warren. No opinion. Judgment affirmed, with costs.

In re MT. VERNON TRUST CO. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of the Mt. Vernon Trust Company to be designated as a deposit bank for funds or money paid into court. No opinion. Order signed, and Grenville T. Emmet, Esq., appointed referee.

MUIRHEAD, Appellant, v. STRAUB, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1903.) Action by William Muirhead against John Straub. J. Martin, for appellant. No opinion. Order affirmed, without costs.